```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
CENTRAL SHIPPING COMPANY LTD.,    :
                                  :    09 Civ. 6222
                Plaintiff,        :
                                  :    SUPPLEMENTAL ORDER TO
     - against -                  :    ORDER FOR MARITIME
                                  :    ATTACHMENT AND GARNISHMENT
INTERNAUT SHIPPING LTD.,          :
                                  :
                Defendant.        :
--------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-09

**VICTOR MARRERO, United States District Judge.**

Within ninety (90) days from the date of the Attachment Order plaintiff shall further file with the Court a report concerning the extent to which any assets or other property have been restrained pursuant to the Attachment Order. In the event such report is not filed as specified, the Court may dismiss this action.

Within five days of receiving the first notice that any assets have been attached pursuant to the Attachment Order, plaintiff shall file a notice with the Court reporting that such initial attachment has been effected.

In the event plaintiff restrains assets pursuant to the Attachment Order in total sums equal to the maximum amount authorized in the Attachment Order, so as to fully secure the claims plaintiff asserts in this action, within five days of such occurrence plaintiff shall inform the Court and shall arrange with defendant(s) and/or any third parties to establish a separate escrow account into which to transfer

funds in the amount of the attached assets, or obtain mutually acceptable substitute security in the amount of such assets. If the plaintiff is unable to arrange for either of these options, the restrained assets, as set forth in Rule B(3) shall be held in the garnishee's hands or paid into the registry of the court, and shall be held in either case subject to further order of the Court. The Court will then direct the garnishee or the Clerk of Court to hold the restrained assets until a subsequent order from the Court authorizes the disbursement of those assets. In the event plaintiff is fully secured, the parties may supersede the Attachment Order by stipulation.

This Supplemental Order shall be incorporated as an integral part of the terms and conditions of the Attachment Order. This Supplemental Order shall be served at the same time and by the same means authorized with respect to the Attachment Order upon all other parties and garnishees involved in this action.

**SO ORDERED.**

Dated:   New York, New York
         15 July 2009

                                    VICTOR MARRERO
                                    U.S.D.J.